IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

IN RE:

Brenda L. Austin,

    Debtor.

Case No. 12-30594
Chapter 13

---

Brenda L. Austin,

    Plaintiff,

vs.

Southern Specialty Finance, Inc.,
d/b/a Check 'n Go,

    Defendant.

Adversary Proceeding <u>12-03092</u>

---

**PLAINTIFF'S MOTION TO DISMISS ADVERSARY WITH PREJUDICE**

COMES NOW, the undersigned attorney, on behalf of the "debtor" or "plaintiff" in the above-styled case and respectfully requests this Honorable Court dismiss this adversary proceeding with prejudice. As grounds therefore, the Plaintiff would show as follows:

1. The parties entered into a settlement agreement that resolved all claims made by the Plaintiff in the adversary proceeding.
2. The Plaintiff filed a Motion to Approve Compromise and Settlement with the Defendant (ECF 40).
3. That agreement was approved by an Order of this Court at ECF 46.

WHEREFORE, Counsel for the Plaintiff prays that the Court dismiss the adversary proceeding with prejudice.

Dated this 27th day of November, 2012.

                */s/Nick Wooten*
                Nick Wooten - Bar No. WOO084
                Nick Wooten, LLC
                P.O. Box 3389
                Auburn, AL 36831
                Tel. (334) 887-3000
                Fax (334) 821-7720
                Email: <u>nick@nickwooten.com</u>

2012 11 27 Austin Motion to Dismiss Adversary with Prejudice         Page 1 of 2
Case 12-03092   Doc 5   Filed 11/27/12   Entered 11/27/12 07:51:16   Desc Main
                Document    Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing document on the following parties in interest either by first class U.S. Mail, postage prepaid, or via electronically on this the 27th day of November, 2012.

Eric Detzel
Check 'n Go
7755 Montgomery Rd., Suite 400
Cincinnati, OH 45236
EDetzel@axcess-financial.com

The Debtor

Curtis C. Reding
Chapter 13 Trustee
Via ECF system

Teresa Jacobs
Bankruptcy Administrator

                                                     */s/ Nick Wooten*_____
                                                     Of Counsel

2012 11 27 Austin Motion to Dismiss Adversary with Prejudice          Page 2 of 2
Case 12-03092   Doc 5   Filed 11/27/12   Entered 11/27/12 07:51:16   Desc Main
Document    Page 2 of 2